# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA CREDITS GROUP, LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAPITAL CREDITS GROUP, LLC,<br><br>        Defendant. | CASE NO. CV 07-07427 PA (AGRx)<br><br>Assigned to Hon. Percy Anderson<br><br>**[PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>Action Filed:   November 13, 2007 |

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED that the **STIPULATION RE FINAL JUDGMENT AND PERMANENT INJUNCTION** submitted by the parties is accepted and approved, and judgment shall be entered as follows:

ORDERED, ADJUDGED AND DECREED that defendant Capital Credits Group LLC, and its agents, servants and employees and all those persons in active concert or participation with it who receive actual notice of this order by personal service or otherwise, are hereby PERMANENTLY ENJOINED from using the "CCG" service mark of plaintiff California Credits Group, LLC, U.S. Certificate of Service Mark Registration No. 2964829, or any colorable imitation thereof, in any manner that

/ / /

is likely to cause confusion as to the source or sponsorship of any goods or services of defendant with any goods or services of plaintiff;

ORDERED, ADJUDGED AND DECREED that defendant Capital Credits Group, LLC, and its agents, servants and employees and all those persons in active concert or participation with it who receive actual notice of this order by personal service or otherwise, are hereby PERMANENTLY ENJOINED from providing any tax credits consulting services in connection with the "CCG" service mark or any colorable imitation thereof;

ORDERED, ADJUDGED AND DECREED that in the event defendant Capital Credits Group, LLC shall default on the payment obligations set forth in parties' separate Settlement Agreement and Release, plaintiff California Credits Group, LLC shall be entitled to apply to the Court, by way of *ex parte* application, for entry of an Amended Final Judgment and Permanent Injunction additionally awarding California Credits Group, LLC money damages in the amount of $10,000.00, with credit to Capital Credits Group, LLC for any payments made to that date; and

ORDERED ADJUDGED AND DECREED that the claims of California Credits Group, LLC against defendant Capital Credits Group, LLC in this action be, and hereby are, dismissed with prejudice, except that the Court shall retain jurisdiction to enforce this final judgment and permanent injunction, and any application for entry of an amended final judgment and permanent injunction.

DATED: May 30, 2008

The Honorable Percy Anderson
United States District Court Judge

246885.1

2

[PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION

Submitted by:

Paul S. Chan
BIRD, MARELLA, BOXER, WOLPERT,
   NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

By: /s/ Paul S. Chan
   Paul S. Chan
Attorneys for Plaintiff California Credits Group, LLC

246885.1

3

[PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION